UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PARTH&HALEY HOSPITALITY LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:19-cv-02368-DSF-SHK<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1
ORDER
DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Parth&Haley Hospitality LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: May 4, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE